**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |
|---|---|
| BIC CORPORATION AND BIC USA INC., <br><br> Plaintiffs, <br><br> v. <br><br> MASS DISC MERCHANDIZER CORP.; NAIMA O. MOHAMED; MUHAMUD A. MOHAMED; SALIM LALANI; JOHN DOE COMPANIES 1-10; AND JANE OR JOHN DOES 1-10, <br><br> Defendants. | Civil Action No. 3:25-cv-02740-K |

**MOTION FOR ENTRY OF DEFAULT**

Plaintiffs BIC Corporation and BIC USA Inc. (collectively, "BIC") request the Clerk to enter default pursuant to Federal Rule of Civil Procedure 55(a) as to Defendants Mass Disc Merchandizer Corp. ("Mass Disc"), Naima O. Mohamed ("N. Mohamed"), and Salim Lalani ("Lalani") (collectively, "Defendants"),[1] as follows:

1.      On October 8, 2025, BIC filed its Original Complaint. Dkt. 1. After the Summons was issued, Mass Disc and N. Mohamed were properly served with the Summons and Complaint on December 29, 2025, by delivery of the Summons and Complaint to N. Mohamed, individually and as the registered agent of Mass Disc, by personal service. *See* Return of Service, Dkt. 13. On December 30, 2025, Lalani was properly served with the Summons and Complaint by delivery of the Summons and Complaint to Salim Lalani by personal service. *See* Return of Service, Dkt. 14.

---

[1] Defendant Muhamud A. Mohamed has not been served with the Summons and Complaint because he is deceased. Plaintiffs are simultaneously filing with this Motion a Notice of Voluntary Dismissal of this defendant.

1

2.      Despite being served with the Summons and Complaint on December 29, 2025 and December 30, 2025, Defendants have failed to appear, respond, plead, or otherwise defend the Complaint in any way. As such, BIC requests that the Clerk enter Defendants' default pursuant to Fed. R. Civ. P. 55(a).

3.      BIC's motion is supported by the declaration of H. Forrest Flemming III.

For these reasons, BIC requests that the Clerk enter default as to Defendants Mass Disc Merchandizer Corp., Naima O. Mohamed, and Salim Lalani.

Dated: February 20, 2026          Respectfully submitted,

**KILPATRICK TOWNSEND & STOCKTON LLP**

By: /s/ *H. Forrest Flemming, III*
      H. Forrest Flemming, III (*pro hac vice*)
      3 Times Square, 28th Floor
      New York, New York 10036-7703
      Phone:  (212) 775-8700
      Facsimile:  (212) 775-8800
      Email: fflemming@ktslaw.com

      Caroline Y. Barbee (*pro hac vice forthcoming*)
      1801 Century Park East, Suite 2300
      Los Angeles, CA 90067
      Phone: (310) 777-3735
      Facsimile: (310)-388-3125
      Email: cbarbee@ktslaw.com

      Cole B. Ramey
      State Bar No. 16494980
      Zoe Stendara
      State Bar No. 24122986
      2001 Ross Avenue, Suite 4400
      Dallas, Texas 75201
      Phone: (214) 922-7148
      Facsimile: (214) 279-9277
      Email:  cramey@ktslaw.com
            zstendara@ktslaw.com

      **Attorneys for Plaintiffs BIC Corporation and BIC USA Inc.**

2

## CERTIFICATE OF SERVICE

I, Brooke Floyd, am over the age of 18 and not a party to this action, and am employed by the law firm of Kilpatrick Townsend & Stockton LLP at 2001 Ross Avenue, Suite 4400, Dallas, TX 75201. I hereby certify that on the 20th day of February 2026, I served true and correct copies of the following documents: i) **Motion for Entry of Default**; ii) **Declaration of H. Forrest Flemming, III**; and iii) **[Proposed] Entry of Default** on the Defendants Mass Disc Merchandizer Corp., Naima O. Mohamed, and Salim Lalani, by USPS, properly addressed as follows:

Mass Disc Merchandizer Corp.
c/o registered agent Naima O. Mohamed;
Naima O. Mohamed; and
Salim Lalani at
11035 Harry Hines Blvd., #203
Dallas, Texas 75229

*/s/ Brooke Floyd*
Brooke Floyd

3